# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 1960
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

**CHRISTINE A. FREEMAN**
Executive Director

July 2, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

*Re:     Felicia Jackson*

Dear Judge Coody:

Our office has been contacted by the U.S. Attorney's office, regarding appointment of counsel for Ms. Jackson, who is a potential witness and possible target in an investigation of a tax fraud.

Ms. Jackson has responded to a target letter and has been in contact with Dan Hamm. Our office is unable to represent her, due to our representation of another potential witness in the same investigation. A financial affidavit signed by Ms. Jackson is enclosed with this letter. Ms. Jackson appears to be unable to afford counsel.

I am therefore requesting that appointment of CJA counsel be permitted by the Court. Because Mr. Hamm has already had some involvement with Ms. Jackson, and is on the CJA Panel, we would request permission for him to assume the appointment.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/enclosures
cc:     Andrew O. Schiff, Esq.