IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | MISC. NO. 07cm1292-CSC |
| | ) | |
| FELICIA JACKSON | ) | |

**ORDER**

Upon consideration of the request for appointment of counsel for a person under investigation and the court's review of the person's financial affidavit, the court finds that FELICIA JACKSON is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that Dan Hamm, Esq. be and is hereby appointed to represent FELICIA JACKSON. The Clerk of the Court shall provide counsel with a copy of this order, the letter requesting appointment of counsel and the financial affidavit.

Done this 2nd day of July, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE